# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID ROBINSON, #K91952,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No. 23-cv-02661-JPG |
| **CATHERINE R. DAHL,** | ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs.

**DATED**: 6/11/2024

                                              MONICA A. STUMP, CLERK

                                              By: s/ Tanya Kelley
                                                      Deputy Clerk

**APPROVED:** s/ J. Phil Gilbert
                       J. PHIL GILBERT
                       United States District Judge